# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHAWN EGEA,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:06-cv-1377-Orl-28KRS**

**EZPAWN FLORIDA, INC.,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND REQUEST FOR ENTRY OF FINAL ORDER OF DISMISSAL WITH PREJUDICE (Doc. No. 19)** |
| **FILED:** | **January 31, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq.* In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

On February 22, 2007, I held a hearing to consider the fairness of the settlement. Counsel stated that, under the settlement agreement, Plaintiff Shawn Egea would receive all or substantially all of the amount of past due wages to which he was entitled, as calculated after information was furnished through discovery, and that Egea was satisfied with the settlement. Based on these representations, I conclude that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id*. at 1354.

Accordingly, I respectfully recommend that the Court approve the settlement agreement submitted with the joint stipulation, doc. no. 19-2, and dismiss the case with prejudice. I also recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 22, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy