UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAWN EGEA,

          Plaintiff,

-vs-                                   Case No. 6:06-cv-1377-Orl-28KRS

EZPAWN FLORIDA, INC.,

          Defendant.
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement and Request for Entry of Final Order of Dismissal with Prejudice (Doc. No. 19) filed January 31, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 22, 2007 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement is **GRANTED** and the Settlement Agreement is **APPROVED**.

    3.    All pending motions are **DENIED as moot.**

    4.    This case is dismissed with prejudice.

    5.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _14_ day of March, 2007.

                      JOHN ANTOON II
                      United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party